**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **FRANCISCO JOSE LOPEZ MUNOZ,** | : | **Case No. 1:26-cv-771** |
| **Petitioner,** | : | **District Judge Douglas R. Cole** |
| **vs.** | : | **Magistrate Judge S. Courter M. Shimeall** |
| **SECRETARY, Department of Homeland Security, *et al.*,** | : | |
| **Respondents.** | | |

## ORDER

Petitioner, Francisco Jose Lopez Munoz, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. The case has been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b) and General Order 22-05. Petitioner has paid the $5.00 filing fee necessary to commence this action.

The Clerk is **DIRECTED** to immediately serve a copy of the petition and its accompanying papers, along with a copy of this Order, by email to John J. Stark on behalf of the United States Attorney's Office for the Southern District of Ohio at john.stark@usdoj.gov; and by email to Kevin J. Gerrity at kevin.gerrity@bcohio.gov and Patrick R. Oelrich at patrick.oelrich@bcohio.gov on behalf of the Butler County, Ohio Sheriff. The Clerk is **further DIRECTED** to promptly note proof of such service on the docket.

Counsel for Respondents **SHALL** promptly enter notices of appearance.

It is **further ORDERED** that Respondents shall file a return of writ and response **within fourteen (14) days** of the date of service. It is **further ORDERED** that, if Petitioner elects to file a reply, Petitioner may do so no later than **fourteen (14) days** after service of a responsive pleading. The Court will schedule a hearing, if necessary, after the parties have filed their respective submissions.

**IT IS SO ORDERED.**

August 10, 2026

*/s/ S. Courter M. Shimeall*
S. COURTER M. SHIMEALL
United States Magistrate Judge